No. 10-11157. John McDowell, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.

565 U.S. 870, 132 S. Ct. 222, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6577, ▇▇▇▇▇

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 149.

No. 10-11158. Philip Jordan, Petitioner v. Timothy Brunsman, Warden.

565 U.S. 870, 132 S. Ct. 222, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6698.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-11160. Carlton Mixon, Petitioner v. Katherine Corrigan, et al.

565 U.S. 870, 132 S. Ct. 222, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 7116.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-11161. Michael Whitfield, Petitioner v. Fresno County, California.

565 U.S. 870, 132 S. Ct. 222, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6768.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District. denied.

No. 10-11162. George Marron, Petitioner v. Derral G. Adams, Warden.

565 U.S. 870, 132 S. Ct. 223, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6595.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-11164. Henry P. Sireci, Petitioner v. Pam Bondi, Attorney General of Florida, et al.

565 U.S. 870, 132 S. Ct. 223, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6535.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 406 Fed. Appx. 348.

No. 10-11165. Philip Beverly, Petitioner v. Florida.

565 U.S. 870, 132 S. Ct. 223, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6540.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 51 So. 3d 472.

No. 10-11166. Tushar S. Achha, Petitioner v. Wisconsin.

565 U.S. 870, 132 S. Ct. 223, 181 L. Ed. 2d 123, 2011 U.S. LEXIS 6726.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

Same case below, 331 Wis. 2d 729, 795 N.W.2d 492.